IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy D. Sholes,<br><br>            Plaintiff,<br><br>v.<br><br>Apache Junction Police Department,<br><br>            Defendant. | No. CV-14-2517-PHX-DKD<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE SUSAN R. BOLTON, U.S. DISTRICT JUDGE:

On November 24, 2014, the Court entered an Order which directed the Plaintiff to file an amended complaint and further advising that she address the deficiencies which the Court had identified in that Order (Doc. 5).  On December 1, 2014, mail was returned undeliverable (Doc. 6).  In the Court's November 24, 2014 Order, the Court warned Plaintiff that failure to comply with that order might result in the dismissal of her complaint.  Because Plaintiff has failed to comply with the Court's Order and because she has failed to file a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure, this Court will recommend to the Presiding District Judge of the Phoenix Division that Plaintiff's Complaint be dismissed. [1]

---

[1] This Report and Recommendation is submitted to the Presiding Phoenix Division District Judge in light of the absence of consent to Magistrate Judge jurisdiction.

1 **IT IS RECOMMENDED** that this matter be dismissed for failure to comply with the Court's November 24, 2014 Order and because she has failed to keep the Court informed of any change of address.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

Dated this 23rd day of January, 2015.

_____
David K. Duncan
United States Magistrate Judge

cc: SRB