# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy D. Sholes,<br><br>          Plaintiff,<br><br>v.<br><br>Apache Junction Police Department,<br><br>          Defendant. | No. CV-14-02517-PHX-DKD<br><br>**ORDER** |

On February 6, 2015, the Magistrate Judge issued his Report and Recommendation recommending that this matter be dismissed for failure to comply with the Court's November 24, 2014 Order.

In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed. The Court notes that Plaintiff's copy of the Report and Recommendation was returned by the Post Office with the notation, "Return to Sender Attempted – Not Known Unable to Forward."

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 13)

1    **IT IS FURTHER ORDERED** the Report and Recommendation filed on January 23, 2015 is moot.  (Doc. 7)

**IT IS FURTHER ORDERED** dismissing this case.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 4th day of March, 2015.

_____
Susan R. Bolton
United States District Judge